Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
**LITTLER MENDELSON P.C.**
500 Capitol Mall
Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Hovannes G. Nalbandyan, Bar No. 300364
hnalbandyan@littler.com
**LITTLER MENDELSON P.C.**
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant
AMERICOLD LOGISTICS, LLC

Nicol E. Hajjar (SBN 303102)
nicol.hajjar@wilshirelawfirm.com
Rachel J. Vinson (SBN 331434)
rachel.vinson@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MORIN, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>*Defendants.* | Case No. 2:25-cv-01745-DJC-AC<br><br>**JOINT STIPULATION TO STAY CASE PENDING MEDIATION; ORDER**<br><br>[Stanislaus County Superior Court, Case No. CV-25-003941]<br><br>Complaint Filed: April 25, 2025<br>Trial Date: None Set |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

1.   JOINT STIP TO STAY CASE

Error! Unknown document property name.

Plaintiff GABRIEL MORIN ("Plaintiff") and Defendant AMERICOLD LOGISTICS, LLC ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") hereby stipulate, by and through their counsel of record, as follows:

**WHEREAS**, the Complaint in this Action was filed on April 25, 2025.

**WHEREAS**, Defendant generally denies all of Plaintiff's allegations in the Complaint.

**WHEREAS**, the Parties have scheduled September 22, 2025, to mediate this matter with mediator Lonnie Giamela, which is the first date available for the mediator and the Parties.

**WHEREAS**, in light of the Parties agreement to attend mediation, the Parties believe it would be prudent to stay this action, including formal discovery, filing of any other pleadings and all other upcoming hearings or conferences, and instead engage in an informal exchange of documents and information, and to stay substantive litigation efforts and discovery until *after* the mediation, so as not to expend unnecessary attorneys' fees and costs until after the completion of mediation.

**WHEREAS**, the Parties believe, in good faith, that mediation could resolve and/or limit the current issues and therefore agreed not to expend judicial resources on Defendant's anticipated motions to challenge Plaintiff's Complaint, including the possibility of filing a Motion to Stay the Case until *after* mediation (in the event mediation is unsuccessful) and that Plaintiff will not assert waiver or prejudice as a condition of this arrangement.

**WHEREAS,** the Parties agree that that this stipulation shall not constitute a waiver of any Parties' rights in this matter, and that neither Party is making any admissions or concessions concerning the underlying merits of the claims or defenses by entering into this stipulation, and all other anticipated motions by the Parties will not be affected, waived, or prejudiced by this stipulation and will be governed by the California Civil Code of Procedure, the Court's scheduling order, if any, the Order related to this stipulation, and any other applicable case law or statute.

Error! Unknown document property name.

**WHEREAS**, the Parties agree that the proposed above-mentioned agreements will not prejudice either Plaintiff or Defendants and would be in the best interest of all Parties.

**WHEREAS**, nothing in the Parties' stipulation is intended to affirm any of Plaintiff's statements or allegations in the Complaint or waive any procedural or substantive defense that the Defendants may have against Plaintiff's claims under case law related to maintaining the stay in the event the mediation is not successful, the California labor code, or any other claim asserted by Plaintiff in the action and does not waive Defendant's right to file any responsive pleading or other dispositive motion.

**WHEREAS**, by submitting this stipulation, the Parties aver that the foregoing is true and correct and is made under penalty of perjury under the laws of the State of California as of the date signed below.

**WHEREAS**, all litigation conduct between the Parties in this Action shall stand still and be stayed, pending the outcome of mediation, except only as set forth below.

**NOW, THEREFORE**, subject to the approval of this Court, the Parties, by and through their undersigned attorneys of record, hereby stipulate to, and request that:

1. Except only as explicitly provided for in this Stipulation, all litigation conduct (including formal discovery) between the Parties in this Action shall stand still and be stayed, pending the outcome of mediation.

2. The Parties mutually agree that either Party can request that the stay be lifted in the event that the mediation is delayed/postponed or cancelled.

3. The Parties mutually agree that they will exchange any documents they deem necessary (e.g., a sample of timekeeping and payroll records for the class members, policy documents, etc.) to facilitate mediation no later than 30 days before mediation.

4. Notwithstanding any provision of law to the contrary, no conduct of any Party from the commencement of this Action through the conclusion of mediation, including, without limitation, informally exchanging documents, shall constitute or be

deemed to constitute a waiver of the mediation privilege.

                                                Respectfully submitted,

Dated: August 19, 2025                  **WILSHIRE LAW FIRM**

By: /s/ *Rachel J. Vinson*
Nicol E. Hajjar, Esq.
Rachel J. Vinson, Esq.

*Attorneys for Plaintiff*

Dated: August 19, 2025                  **LITTLER MENDELSON P.C.**

By: [signature]
Barbara A. Blackburn, Esq.
Hovannes G. Nalbandyan, Esq.

*Attorneys for Defendant*
*AMERICOLD LOGISTICS, LLC*

### SIGNATURE ATTESTATION

Pursuant to L.R. 131, the undersigned hereby attests that all signatories listed above, and on whose behalf, this JOINT STIPULATION TO STAY CASE PENDING MEDIATION; [PROPOSED] ORDER is submitted, concur in and have authorized the filing of this joint statement.

Dated: August 14, 2025                  /s/ *Hovannes G. Nalbandyan.*

### CERTIFICATE OF SERVICE

I hereby certify that I instructed my assistant to electronically file the foregoing document with the Clerk of the Court for the United States District Court, Eastern District of California, by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the Court's CM/ECF system.

Dated: August 14, 2025                  /s/ *Hovannes G. Nalbandyan.*

Error! Unknown document property name.

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Stay Case Pending Mediation, and good cause appearing therefore, **HEREBY ORDERS** as follows:

1. Except only as explicitly provided for in this Stipulation, all litigation conduct (including formal discovery) between the Parties in this Action shall stand still and be stayed, pending the outcome of mediation.

2. The Parties can request that the stay be lifted in the event that the mediation is delayed/postponed or cancelled.

3. The parties shall file a joint report, within 180 days, and every 90 days thereafter, advising the Court on the status of mediation.

**IT IS SO ORDERED.**

Dated: August 19, 2025         /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

**Error! Unknown document property name.**